**Motion Granted; Abatement Order filed October 25, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00580-CV
_____

**ALPHAVILLE VENTURES, INC., AND NOAM BIZMAN, Appellants**

**V.**

**FIRST BANK, Appellee**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2011-16429**

## ABATEMENT ORDER

This is an appeal from a final summary judgment signed March 30, 2012. The parties filed an agreed motion to abate the appeal for a period of sixty days because the parties are engaged in settlement discussions. We grant the motion and issue the following order:

The court **ORDERS** the appeal **ABATED** for a period of sixty days. The court **ORDERS** the appellate timetable in this case suspended for **60 days** from the date of this

order. If a settlement is reached the parties shall promptly notify this court and file an appropriate motion to dismiss the appeal or other dispositive motion as soon as practicable.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket for a period of sixty days. The appeal will be reinstated on this court's active docket after sixty days. Any party may file a motion stating grounds for reinstating the appeal before the end of the sixty-day period. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may file a motion to extend the abatement period for completion to finalize a settlement.

PER CURIAM